ROWLETTE, Appellant, v. FOSTER et al., Respondents.

(Common Pleas of New York City and County, General Term.  May 2, 1893.)

Action by Thomas M. Rowlette against Roger Foster and others.

PER CURIAM.  We have taken the case into consideration, and, after investigation, have concluded that the defendants in this action were estopped from setting up the counterclaim which they did, and therefore that the judgment should be reversed, and a new trial ordered, with costs to appellants to abide the event.

---

COOK, Respondent, v. NEW YORK EL. R. CO. et al., Appellants.

(Common Pleas of New York City and County, General Term.  May 10, 1893.)

Action by Valentine E. N. Cook against the New York Elevated Railroad Company and others.

No opinion.  Motion for reargument denied, without costs.  See 22 N. Y. Supp. 790.

---

MOONEY, Respondent, v. NEW YORK EL. R. CO. et al., Appellants.

(Common Pleas of New York City and County, General Term.  May 10, 1893.)

Action by Rosanna Mooney against the New York Elevated Railroad Company and others.

No opinion.  Motion for reargument granted.  See 22 N. Y. Supp. 795.

---

ALEXANDER, Appellant, v. MERRYACH, Respondent.

(Common Pleas of New York City and County, General Term.  October 25, 1893.)

Appeal from seventh district court.
Action by Joseph M. Alexander against Louis Merryach.
J. Marks, for appellant.
S. D. Levy, for respondent.
No opinion.  Appeal dismissed, with $10 costs.

---

PAPP, Respondent, v. CLOVER CLUB, Appellant.

(Common Pleas of New York City and County, General Term.  October 25, 1893.)

Appeal from fourth district court.
Action by Gustav Papp against the Clover Club.
E. H. Ball, for appellant.
A. & L. Levy, for respondent.
No opinion.  Judgment affirmed, with costs.